

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

APW
F. #2021R01043

*Select Street Address*
*Select City & State*

January 18, 2022

**FILED
CLERK**

By E-mail

4:28 pm, Jan 18, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

The Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Mark Vicars
Criminal Docket No. 22-CR-26 (DRH)(AYS)

Dear Judge Shields:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/
Andrew P. Wenzel
Assistant U.S. Attorney
(631) 715-7832

Enclosure

cc:   Clerk of Court (by ECF)
Tracey Gaffey, Esq. (by ECF)